MARK A. PERRY (SBN 212532)
 mperry@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539

JASON C. LO (SBN 219030)
 jlo@gibsondunn.com
JENNIFER J. RHO (SBN 254312)
 jrho@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Thomas M. Reilly,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Apple Inc.,<br><br>　　　　　Defendant. | Case No. 3:21-cv-04601-EMC<br><br>**NOTICE OF WITHDRAWAL OF MARK A. PERRY**<br><br>Hon. Edward M. Chen |

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Mark A. Perry hereby withdraws as attorney of record for Defendant Apple Inc. in this action. Mr. Perry is no longer affiliated with Gibson, Dunn & Crutcher LLP.

Counsel of record for Apple otherwise remains the same.

DATED: May 9, 2022

Formerly of
GIBSON, DUNN & CRUTCHER LLP

By: _____/s/ Mark A. Perry_____
        Mark A. Perry

*Attorney for Defendant Apple Inc.*

# CERTIFICATE OF SERVICE

I certify that on May 9, 2022, the foregoing **NOTICE OF WITHDRAWAL** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing system.

DATED: May 9, 2022

By: <u>*/s/ Mark A. Perry*</u>
Mark A. Perry

*Attorney for Defendant Apple Inc.*